DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. ELLIOTT (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:   (310) 407-4000
Facsimile:   (310) 407-9090

-and-

WILLIAM A. BROSCIOUS (VA State Bar No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
Telephone:   (804) 741-0400, ext. 202

Attorneys for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Case No.:  08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

## NOTICE OF APPEAL

Claimant, Paramount Home Entertainment Inc., appeals under 28 U.S.C. § 158(a) from the Order Granting Motion for Summary Judgment of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above-captioned case on the 4th day of March, 2010 (together

with accompanying Memorandum Opinion, the "Order") [Docket Nos. 6693 and 6694].[1]

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are attached hereto and incorporated herein as Exhibit A.

                                      Respectfully submitted,

DATED: March 18, 2010                KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: _____
David M. Stern
Michael L. Tuchin
Korin A. Elliott
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: (310) 407-4000
Email: dstern@ktbslaw.com

Of counsel:

KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
Tel: (804) 741-0400
wbroscious@kbbplc.com

Attorneys for PARAMOUNT HOME
ENTERTAINMENT INC.

---

[1] The Order being appealed from is attached as Exhibit B. In the interest of completeness and clarity, the accompanying Memorandum Opinion is also included with the Order.

2