FILED: April 25, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2130
(3:10-cv-00316-JRS)
(08-35653-KRH)

_____

In re: CIRCUIT CITY STORES, INCORPORATED

    Debtor

-------------------------------

PARAMOUNT HOME ENTERTAINMENT, INCORPORATED

    Creditor - Appellant

v.

CIRCUIT CITY STORES, INCORPORATED

    Debtor - Appellee

_____

O R D E R

_____

Upon consideration of the stipulated motion to dismiss, the court dismisses

this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

            For the Court--By Direction

            <u>/s/ Patricia S. Connor, Clerk</u>