FILED: April 25, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2130
(3:10-cv-00316-JRS)
(08-35653-KRH)

_____

In re: CIRCUIT CITY STORES, INCORPORATED

     Debtor

-------------------------------

PARAMOUNT HOME ENTERTAINMENT, INCORPORATED

     Creditor - Appellant

v.

CIRCUIT CITY STORES, INCORPORATED

     Debtor - Appellee

---
RULE 42(b) MANDATE
---

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*